UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

IN RE:                                        )
    Michael Patrick Fabac,            )     Case No. 10-21944-rdb-13
    Lanette Rowland Fabac,            )
                                              )
               Debtors.     )

### OBJECTION TO PROOF OF CLAIM FILED BY BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF COUNTRYWIDE ASSET BACKED SERVICED BY BAC HOME LOANS SERVICING, LP

    COMES NOW, the Debtors, by and through their attorney of record, Larry A. Pittman, II, and objects to the Proof of Claim filed by creditor, Bank of New York as Trustee for the Certificateholders of Countrywide Asset Backed serviced by BAC Home Loans Servicing, LP, Claims Register No. 18-1, for the following reasons:

1. Creditor, Bank of New York as Trustee for the Certificateholders of Countrywide Asset Backed serviced by BAC Home Loans Servicing, LP, filed its Proof of Claim as secured by the Debtors' residence in the amount of $384,002.92.

2. Debtors object to Bank of New York as Trustee for the Certificateholders of Countrywide Asset Backed serviced by BAC Home Loans Servicing, LP's Proof of Claim as Debtors believe that there has been a misapplication of payments, additionally Debtors believe that they have claims against Bank of New York as Trustee for the Certificateholders of Countrywide Asset Backed serviced by BAC Home Loans Servicing, LP for the unlawful servicing of the Debtors' Mortgage Loans, including (but not limited to) claims under the Real Estate Settlement Procedures, the Kansas Consumer Protection Act, the Fair Credit Reporting Act, and other claims under Kansas and Federal law.

3. Debtors further state that they are working with outside counsel to prepare an Adversary Complaint to further address the issues set forth herein.

    WHEREFORE, Debtors prays that this Court enter an Order disallowing the arrearage stated in the Proof of Claim filed by Bank of New York as Trustee for the Certificateholders of Countrywide Asset Backed serviced by BAC Home Loans Servicing, LP.

                                Respectfully Submitted,

                                /s/ Larry A. Pittman, II
                              Larry A. Pittman, II  #78034
                              818 Grand Blvd., Suite 600
                              Kansas City, MO 64106
                              Phone:   (816) 842-1317
                              Fax:     (816) 842-0315
                              Attorney for the Debtors

## CERTIFICATE OF SERVICE

       The undersigned certifies that a true and correct copy of the Debtors' Objection to Proof of Claim was served, in addition to the parties notified by US Bankruptcy Court's electronic notification, upon the affected creditors and other parties in interest via U.S. First Class Mail, postage prepaid on this 20th day of June 2011.

BAC Home Loans Servicing, LP
Bankruptcy Department
Mail Stop TX2 928 0303
7105 Corporate Drive
Plano TX 75024-0000

BAC Home Loans
7105 Corporate Drive
PTX-C-35
Plano, TX 75024

BAC Home Loans Servicing, LP
% The Corporation Company, Inc.
515 South Kansas Avenue
Topeka, KS 66603

Steven L. Crouch, Esq.
South & Associates, PC
6363 College Blvd., Suite 100
Overland Park, KS 66211

Michael Patrick Fabac
Lanette Rowland Fabac
15447 Ironhorse Circle
Leawood, KS 66224

Steven L. Crouch    ksbkecf@southlaw.com

William H Griffin    ecfgriff@13trusteeks.com

U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov

                                        /s/ Larry A. Pittman, II
                                        Larry A. Pittman, II  #78034

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**

IN RE: )
    Michael Patrick Fabac, ) Case No. 10-21944-rdb-13
    Lanette Rowland Fabac, )
     )
                Debtors. )

**NOTICE WITH OPPORTUNITY OF NONEVIDENTIARY HEARING ON
DEBTORS' OBJECTION TO PROOF OF CLAIM FILED BY BANK OF NEW YORK
AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF COUNTRYWIDE ASSET
BACKED SERVICED BY BAC HOME LOANS SERVICING, LP**

    NOTICE IS HEREBY GIVEN that the Debtors' Objection to Proof of Claim by Bank of New York as Trustee for the Certificateholders of Countrywide Asset Backed serviced by BAC Home Loans Servicing, LP filed herein by Debtors, on  June 20, 2011 , a copy of which is attached hereto.

    NOTICE IS FURTHER GIVEN that unless a written objection and/or response thereto is filed with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before  July 21, 2011 , an Order sustaining the above Objection will be granted by entry of an Order to be prepared and submitted to the Court by counsel for Movant. If an objection and/or response is timely filed, a Nonevidentiary Hearing will be held before the U.S. Bankruptcy Court, at the U.S. Courthouse, 500 State Avenue, Kansas City, Kansas 66101, on  August 16, 2011 at 1:30pm  or as soon thereafter as the same may be heard.

    Please be advised that a hearing will not be held on the above Objection unless an objection and/or response is timely filed with the Clerk. If an objection is filed, counsel shall appear at such hearing unless an order executed by all parties is submitted in advance.

                                                   /s/ Larry A. Pittman, II
                                                 Larry A. Pittman, II  #78034
                                                 818 Grand Blvd., Suite 600
                                                 Kansas City, MO 64106
                                                 Phone: (816) 842-1317
                                                 Fax:    (816) 842-0315
                                                 Attorney for the Debtors

IF AN OBJECTION IS TIMELY FILED AND THE PARTIES ANTICIPATE THAT THE HEARING MAY EXTEND IN THE EXCESS OF TEN (10) MINUTES, COUNSEL MUST FILE A WRITTEN MOTION FOR CONTINUANCE (WITH A CERTIFICATE OF MAILING TO OPPOSING COUNSEL AND THE TRUSTEE) SETTING OUT THE LENGTH OF TIME REQUIRED FOR SUCH HEARING, AND A PROPOSED ORDER OF CONTINUANCE.

## CERTIFICATE OF SERVICE

      The undersigned certifies that a true and correct copy of the Debtors' Notice with Opportunity of Nonevidentiary Hearing was served, in addition to the parties notified by US Bankruptcy Court's electronic notification, upon the affected creditors and other parties in interest via U.S. First Class Mail, postage prepaid on this 20th day of June 2011.

    BAC Home Loans Servicing, LP
    Bankruptcy Department
    Mail Stop TX2 928 0303
    7105 Corporate Drive
    Plano TX 75024-0000

    BAC Home Loans
    7105 Corporate Drive
    PTX-C-35
    Plano, TX 75024

    BAC Home Loans Servicing, LP
    % The Corporation Company, Inc.
    515 South Kansas Avenue
    Topeka, KS 66603

    Steven L. Crouch, Esq.
    South & Associates, PC
    6363 College Blvd., Suite 100
    Overland Park, KS 66211

    Michael Patrick Fabac
    Lanette Rowland Fabac
    15447 Ironhorse Circle
    Leawood, KS 66224

    Steven L. Crouch    ksbkecf@southlaw.com

    William H Griffin    ecfgriff@13trusteeks.com

    U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov

                                 /s/ Larry A. Pittman, II
                                 Larry A. Pittman, II #78034